# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Raymond Chabert et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Michael Francois Beujaldon, VM Invest ) | |
| LLC, Big3 Property LLC, ) | |
| ) | Case No. 1-16-cv-293 |
| Defendants. ) | |

Before the court is a motion for attorney J. Barton Goplerud to appear *pro hac vice* on behalf of Raymond Chabert et al. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Goplerud has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Goplerud has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 51) is **GRANTED**. Attorney Goplerud is admitted to practice before this court in the above-entitled action on behalf of Raymond Chabert et al.

**IT IS SO ORDERED.**

Dated this 6th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge