# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Raymond Chabert, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Francois Bujaldon, VM Invest LLC, and Big3 Property LLC, | ) | Case No. 1:16-cv-293 |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiffs' second motion for an extension of time to serve the Summons and Complaint upon Defendant Michael Bujaldon, a resident of France.[1]

The court **GRANTS** the motion (Docket No. 68). Plaintiff shall have until May 1, 2017, to serve Defendant Michael Bujaldon under Rule 4(f)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2017.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court

---

[1] Plaintiffs filed their first motion for an extension of time on September 19, 2016. (Docket No. 44). The court issued an order on September 19, 2016, granting the motion and extending the deadline to serve Defendant Michael Bujaldon by 160 days. (Docket No. 46).