# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Raymond Chabert, Quintal Montana Invest, LLC, Jean-Yves Derault, Jean Pierre Dessaint, Gabriel & Dessaint, LLC, Theirry Dutheil, Thysolau, LLC, Eric Gabriel, Jean-Claude Jacquet, Marcus, LLC, Luc-Oliver Laleve, Jean-Louis Pepin, Ernard Perrotte, Berjo Montana, LLC, Stephanie Perrotte, Knet, LLC, Pierre Thuiller, PLTH Dakota, LLC, and PLTH Montana, LLC, ) ) ) ) ) ) ) ) ) ) ) | **ORDER FOR EARLY SETTLEMENT CONFERENCE** |
| Plaintiffs, ) | |
| vs. ) | |
| Michael Francois Bujaldon, VM Invest, LLC, JMI IMMO Invest, LLC, and Big3 Property, LLC, ) ) ) ) | |
| Defendants ) | Case No. 1:16-cv-293 |

**IT IS ORDERED:**

A settlement conference will be held before the magistrate judge by telephone conference call on July 12, 2018, at 8:30 AM CDT. Participants to the conference shall call the following number and enter the following access code:

Tel. No.: (877) 848-7030
Access Code: 9768929

Each party shall submit a confidential settlement statement to the Court no later than two days prior to the final settlement conference. The settlement statement shall not become a part of the file of the case, but shall be for the exclusive use of the Court in preparing for and conducting the settlement conference.

The settlement statement shall contain a specific recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' positions on settlement, including a present settlement proposal, and a report on settlement efforts to date. If not already part of the court file, copies of any critical agreements, business records, photographs or other documents or exhibits shall be attached to the settlement statement. The settlement statement should not be lengthy, but should contain enough information to be useful to the Court in analyzing the factual and legal issues in the case. The parties are directed to be candid in their statements.

The parties shall submit their settlement statement to the court via fax (701-530-2325), e-mail (ndd_J-Miller@ndd.uscourts.gov), or mail (P.O. Box 670, Bismarck, North Dakota 58502-0670) at least two (2) days prior to the settlement conference. The settlement statement shall not be filed with the Clerk's office. Copies of the settlement statement shall not be provided to the other parties in the case.

Counsel are directed to confer with their clients in advance of the conference to explore the parties' settlement positions, and the parties are encouraged to exchange settlement proposals prior to the conference. These steps will enable the conference to progress more expeditiously.

Dated this 18th day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge