# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| Raymond Chabert, Quintal Montana Invest, LLC, Jean-Yves Derault, Jean Pierre Dessaint, Gabriel & Dessaint, LLC, Theirry Dutheil, Thysolau, LLC, Eric Gabriel, Jean-Claude Jacquet, Marcus, LLC, Luc-Oliver Laleve, Jean-Louis Pepin, Ernard Perrotte, Berjo Montana, LLC, Stephanie Perrotte, Knet, LLC, Pierre Thuiller, PLTH Dakota, LLC and PLTH Montana, LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Michael Francois Bujaldon, VM Invest LLC, JMI IMMO Invest, LLC, and Big3 Property, LLC,<br><br>        Defendants. | **MINUTES: EARLY SETTLEMENT CONFERENCE**<br><br><br><br><br><br><br><br>Case No. 1:16-cv-293 |

The court held an early settlement in the above-entitled action on July 12, 2018, through a series of conference calls. The following individuals participated in the conference:

<u>Plaintiffs</u>  
J. Barton Goplerud  
Alan L. Rosca  
Luc-Oliver Laleve  

<u>Big3 Property, LLC</u>  
Michael S. Raum  
Pierre LeBlanc  

Notes:  The parties reached an agreement in principle.