IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| RAYMOND CHABERT, QUINTAL MONTANA INVEST LLC, JEAN-YVES DERAULT, JEAN PIERRE DESSAINT, GABRIEL & DESSAINT LLC, THIERRY DUTHEIL, THYSOLAU LLC, ERIC GABRIEL, JEAN-CLAUDE JACQUET, MARCUS LLC, LUC-OLIVER LALEVE, JEAN-LOUIS PEPIN, ERNARD PERROTTE, BERJO MONTANA LLC, STEPHANE PERROTTE, KNET LLC, PIERRE THUILLIER, PLTH DAKOTA, LLC, AND PLTH MONTANA, LLC,<br><br>                   Plaintiffs,<br><br>vs.<br><br>MICHAEL FRANCOIS BUJALDON, VM INVEST LLC, JMI IMMO INVEST LLC, AND BIG3 PROPERTY LLC,<br><br>                   Defendants. | CASE NO. 1:16-cv-00293-CSM<br><br>REQUEST FOR ENTRY OF DEFAULT |

    COME NOW Plaintiffs, by and through their undersigned counsel, and hereby request the Clerk to enter a default against Defendant Michael Francois Bujaldon on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a).

    Dated:  January 4, 2019

                                                    SCHNEIDER, SCHNEIDER & SCHNEIDER

                                                    */s/ Mac Schneider*
                                                    Mac J. Schneider

317 ½ Kittson Ave.
Grand Forks, ND 58201
Telephone:  (701) 757-2050
Facsimile:  (701) 757-2051
E-Mail: mac@schneiderlawfirm.com

PEIFFER, ROSCA, WOLF,
ABDULLAH, CARR & KANE
A PROFESSIONAL LAW CORPORATION
James P. Booker (*pro hac vice*)
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44115
Telephone:  (216) 570-0097
Facsimile:  (888) 411-0038
E-Mail:  jbooker@prwlegal.com

GOLDMAN SCARLATO & PENNY P.C.
Alan L. Rosca (*pro hac vice*)
Eight Tower Bridge, 161 Washington St
Conshohocken, PA 19428
Telephone:  (216) 242-6460
Email:  rosca@lawgsp.com

SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
J. Barton Goplerud (*pro hac vice*)
Brian O. Marty (*pro hac vice*)
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone:  (515) 223-4567
Facsimile:  (515) 223-8887
E-Mail:goplerud@sagwlaw.com
          bmarty@sagwlaw.com

*Counsel for Plaintiffs*

1