IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| RAYMOND CHABERT, QUINTAL MONTANA INVEST LLC, JEAN-YVES DERAULT, JEAN PIERRE DESSAINT, GABRIEL & DESSAINT LLC, THIERRY DUTHEIL, THYSOLAU LLC, ERIC GABRIEL, JEAN-CLAUDE JACQUET, MARCUS LLC, LUC-OLIVER LALEVE, JEAN-LOUIS PEPIN, ERNARD PERROTTE, BERJO MONTANA LLC, STEPHANE PERROTTE, KNET LLC, PIERRE THUILLIER, PLTH DAKOTA, LLC, AND PLTH MONTANA, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL FRANCOIS BUJALDON, VM INVEST LLC, JMI IMMO INVEST LLC, AND BIG3 PROPERTY LLC,<br><br>Defendants. | CASE NO. 1:16-cv-00293-CSM<br><br>AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |

I, Mac J. Schneider, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.  I am one of the attorneys for the Plaintiffs in this action.

2.  A complaint was filed herein on August 10, 2016 and service of process was had on Defendant Michael Francois Bujaldon on September 19, 2017. Defendant's answer was due on October 10, 2017.

3.  Defendant Michael Francois Bujaldon has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated:  January 4, 2019

                                                   SCHNEIDER, SCHNEIDER & SCHNEIDER

                                                   */s/ Mac Schneider*
                                                   Mac J. Schneider
                                                   815 3rd Ave. S.
                                                   Fargo, ND 58103
                                                   Telephone: (701) 235-4481
                                                   Facsimile:  (701) 235-1107
                                                   E-Mail: mac@schneiderlawfirm.com