IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| RAYMOND CHABERT, QUINTAL MONTANA INVEST LLC, JEAN-YVES DERAULT, JEAN PIERRE DESSAINT, GABRIEL & DESSAINT LLC, THIERRY DUTHEIL, THYSOLAU LLC, ERIC GABRIEL, JEAN-CLAUDE JACQUET, MARCUS LLC, LUC-OLIVER LALEVE, JEAN-LOUIS PEPIN, ERNARD PERROTTE, BERJO MONTANA LLC, STEPHANE PERROTTE, KNET LLC, PIERRE THUILLIER, PLTH DAKOTA, LLC, AND PLTH MONTANA, LLC,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL FRANCOIS BUJALDON, VM INVEST LLC, JMI IMMO INVEST LLC, AND BIG3 PROPERTY LLC,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 1:16-cv-00293-CSM<br><br>ENTRY OF DEFAULT |

It appearing that the complaint was filed in this case on August 10, 2016, that the summons and complaint were duly served upon the Defendant Michael Francois Bujaldon and that no answer or other pleading has been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiffs, default is hereby entered against Defendant VM Michael Francois Bujaldon as provided in Fed. R. Civ. P. 55(a).

_____
Deputy Clerk