# United States District Court
## District of North Dakota

| | |
|---|---|
| Raymond Chabert, Quintal Montana Invest LLC, Jean-Yves Derault, Jean Pierre Dessaint, Gabriel & Dessaint LLC, Thierry Dutheil, Thysolau LLC, Eric Gabriel, Jean-Claude Jacquet, Marcus LLC, Luc-Oliver Laleve, Jean-Louis Pepin, Ernard Perrotte, Berjo Montana LLC, Stephane Perrotte, Knet LLC, Pierre Thuillier, PLTH Dakota, LLC and PLTH Montana, LLC | **ENTRY OF DEFAULT**<br><br>Case Number:  1:16-cv-293 |

      Plaintiff(s)

      v.

Michael Francois Bujaldon, VM Invest LLC, JMI Immo Invest LLC and Big3 Property LLC

      Defendant(s)

     Plaintiff has made an application for Entry of Default based upon the failure of Defendant(s) to appear or otherwise defend this action. Accordingly, pursuant to Fed.R.Civ.P. 55(a), default is entered against defendant(s) Michael Francois Bujaldon .

   1/4/2019                  /s/ Robert Ansley
*Date*                                *Clerk*

                                /s/ Carla Schultz
                                *Deputy Clerk*