IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| RAYMOND CHABERT, QUINTAL MONTANA INVEST LLC, JEAN-YVES DERAULT, JEAN PIERRE DESSAINT, GABRIEL & DESSAINT LLC, THIERRY DUTHEIL, THYSOLAU LLC, ERIC GABRIEL, JEAN-CLAUDE JACQUET, MARCUS LLC, LUC-OLIVER LALEVE, JEAN-LOUIS PEPIN, ERNARD PERROTTE, BERJO MONTANA LLC, STEPHANE PERROTTE, KNET LLC, PIERRE THUILLIER, PLTH DAKOTA, LLC, AND PLTH MONTANA, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL FRANCOIS BUJALDON, VM INVEST LLC, AND BIG3 PROPERTY LLC<br><br>Defendants. | CASE NO. 1:16-cv-00293-CSM<br><br>PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT BIG3 PROPERTY LLC ONLY |

Now come Plaintiffs, by and through their counsel, and Defendant Big3 Property LLC, by and through its counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal of Defendant Big3 Property LLC with prejudice. This dismissal is only against Defendant Big3 Property LLC. The claims against the other Defendants remain.

Dated: February 19, 2020

SCHNEIDER, SCHNEIDER & SCHNEIDER

*/s/ Mac Schneider*
Mac J. Schneider
815 3rd Ave. S.
Fargo, ND 58103
Telephone: (701) 235-4481
Facsimile: (701) 235-1107
E-Mail: mac@schneiderlawfirm.com

PEIFFER WOLF CARR & KANE
A PROFESSIONAL LAW CORPORATION
James P. Booker (*pro hac vice*)
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44115
Telephone: (216) 570-0097
Facsimile: (888) 411-0038
E-Mail: jbooker@prwlegal.com

ROSCALAW LLC
Alan L. Rosca (*pro hac vice*)
RoscaLaw LLC
23250 Chagrin Blvd., Suite 100
Beachwood, OH 44122
Telephone: (216) 242-6460
Email: arosca@roscalaw.com

SHINDLER ANDERSON GOPLERUD & WEESE, P.C.
J. Barton Goplerud (*pro hac vice*)
Brian O. Marty (*pro hac vice*)
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 2223-8887
E-Mail: goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Plaintiffs*

1

2

         FREDERIKSON & BYRON, P.A.

         */s/ Michael S. Raum*
         Michael S. Raum
         Dakota Center51 Broadway, Ste. 402
         Fargo, ND 58102
         Telephone: (701) 237-8212
         Email:  mraum@fredlaw.com

         ***Counsel for Defendant Big3 Property LLC***

## CERTIFICATE OF SERVICE

  I hereby certify that on February 19, 2020, a copy of the foregoing motion was served via the Court's ECF system.

February 19, 2020        /s/ *Mac J. Schneider*
            Mac J. Schneider
            SCHNEIDER, SCHNEIDER & SCHNEIDER