# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Raymond Chabert, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER DISMISSING DEFENDANT** |
| | ) | **BIG3 PROPERTY LLC** |
| vs. | ) | |
| | ) | |
| Michael Francois Bujaldon, VM Invest LLC, Big3 Property LLC, and JMI IMMO Invest LLC | ) ) ) | |
| | ) | Case No. 1:16-cv-293 |
| Defendants. | ) | |

Before the Court is "Plaintiffs' Stipulation of Dismissal with Prejudice of Defendant Big3 Property LLC Only" filed on February 19, 2020.  See Doc. No. 104.  The Court **ADOPTS** the stipulation in its entirety (Doc. No. 104) and **ORDERS** the Plaintiffs' claims against Defendant Big3 Property LLC be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2020.

/s/  Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court

1